No. 708. J. D. PURCELL ET AL. *v.* CITY OF LEXINGTON ON RELATION OF THOMAS E. COYNE, BACK TAX ASSESSOR. Error to the Court of Appeals of the State of Kentucky. Motion to dismiss submitted May 17, 1920. Decided June 1, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *New Orleans Waterworks* v. *Louisiana Sugar Co.*, 125 U. S. 18, 38, 39; *Central Land Co.* v. *Laidley*, 159 U. S. 103, 111; *Bacon* v. *Texas*, 163 U. S. 207, 216; *McCullough* v. *Virginia*, 172 U. S. 102, 116; *Hubert* v. *New Orleans*, 215 U. S. 170, 175; *Missouri & Kansas Interurban Ry. Co.* v. *Olathe*, 222 U. S. 187, 190. (2) *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236

U. S. 216, 218; *Sugarman* v. *United States*, 249 U. S. 182, 184. *Mr. George C. Webb* and *Mr. George R. Hunt* for plaintiffs in error. *Mr. Jesse I. Miller* and *Mr. Harry B. Miller* for defendant in error.